**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Fiona Brown, Terry Chambers, and John Doe,
Defendants,

Of whom Terry Chambers is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2014-002300

———————————

Appeal From Chesterfield County
Roger E. Henderson, Family Court Judge

———————————

Unpublished Opinion No. 2015-UP-144
Submitted March 2, 2015 – Filed March 12, 2015

———————————

**AFFIRMED**

———————————

Sarah Crawford Campbell, of Cockrell Law Firm, P.C.,
of Chesterfield, for Appellant.

Delton W. Powers, Jr., of Powers Law Firm, PC, of
Bennettsville, for Respondent.

C. Heath Ruffner, of Harris McLeod & Ruffner, of Cheraw, for the Guardian ad Litem.

———————

**PER CURIAM:**  Terry Chambers appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2014).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Chambers' counsel.

**AFFIRMED.**[1]

**FEW, C.J., and HUFF and WILLIAMS, JJ., concur.**

———————

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.